**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 27, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77675 | Larry Boller vs. State of Missouri |
| WD77846 | Anthony J. Standifer vs. State of Missouri |
| WD77874 | Reginald D. Silvers vs. State of Missouri |
| WD77892 | Mark Whitworth vs. State of Missouri |
| WD78099 | Jerry B. Holland vs. Marcel Johnson |
| WD78290 | Steven Florea vs. Treasurer of the State of Missouri-<br>Custodian of the Second Injury Fund |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77522 | State of Missouri vs. Gary D. Poke |
| WD77931 | State of Missouri vs. Timothy Jacobs |